

1155 Avenue of the Americas
22nd Floor
New York, NY 10036-2711

T +1.212.262.6900
F +1.212.977.1649
PerkinsCoie.com

John T. Dixon
JohnDixon@perkinscoie.com
D. +1.212.261.6844
F. +1.212.399.8005

September 8, 2020

Hon. Vernon S. Broderick
U.S. District Court for the Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square, Room 415
New York, NY 10007

APPLICATION GRANTED
SO ORDERED
VERNON S. BRODERICK
U.S.D.J. 9/9/2020

Re:   *Guglielmo v. Davlins, Inc.*, No. 1:20-cv-05579-VSB

Dear Judge Broderick:

      We represent Defendant Davlins, Inc. ("Davlins") in the above-referenced matter. Davlins respectfully requests an extension of the deadline for Davlins to answer or otherwise respond to the complaint until October 9, 2020. The current deadline to respond to the complaint is September 11, 2020. *See* Dkt. No. 7. Davlins requests additional time to prepare its response, because the parties have been in discussions regarding whether Davlins—a family-run gift shop in Minnesota—was the intended defendant in this putative nationwide class action lawsuit. Plaintiff's counsel recently confirmed that it intends to proceed against Davlins, and the parties anticipate continuing discussions in an effort to resolve this case without further intervention by the Court. Plaintiff previously requested an extension of time for Davlins to respond to the complaint, which the Court granted. *See* Dkt. No. 7. No other scheduled dates will be affected should the Court grant this request. Counsel for Plaintiff consents to this extension request.

Respectfully,

*/s/ John T. Dixon*
John T. Dixon

Cc: David Paul Force, Counsel for Plaintiff Joseph Guglielmo (via ECF)

149463158.1
Perkins Coie LLP