```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: ___10/9/2020___
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X
                                                       :
JOSEPH GUGLIELMO, on behalf of                         :
himself and all others similarly situated,             :
                                                       :
                                   Plaintiffs,         :            20-CV-5579 (VSB)
                                                       :
                   -against-                           :            **ORDER**
                                                       :
DAVLINS INC.,                                          :
                                                       :
                                   Defendant.          :
                                                       :
-------------------------------------------------------X

VERNON S. BRODERICK, United States District Judge:

It has been reported to the Court that this case has been settled.  Accordingly, it is hereby:

ORDERED that the above-captioned action is discontinued without costs to any party

and without prejudice to restoring the action to this Court's docket if the application to restore

the action is made within sixty (60) days.

SO ORDERED.

Dated:  October 9, 2020
        New York, New York

Vernon S. Broderick
United States District Judge